*Arthur K. Bolton, Attorney General,* for appellee.

## 28792. DARDEN v. HOPPER.

The trial court did not err in remanding the appellant to custody.
*Judgment affirmed. All the Justices concur.*

DECIDED SEPTEMBER 6, 1974.

Robert J. Darden, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.

## 28811. HORTON v. HOPPER.

The trial court did not err in remanding the appellant to custody.
*Judgment affirmed. All the Justices concur.*

DECIDED SEPTEMBER 6, 1974.

Johnny Larry Horton, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.

## 28892. GRANT v. HOPPER.

The trial court did not err in remanding the appellant to custody.
*Judgment affirmed. All the Justices concur.*

DECIDED SEPTEMBER 6, 1974.

Eddie Grant, Jr., *pro se.*

*Arthur K. Bolton, Attorney General,* for appellee.

## 28929. BIVINS v. HOPPER.

This case is remanded to the trial court with direction.

*Judgment reversed and remanded with direction. All the Justices concur.*

DECIDED SEPTEMBER 6, 1974.

Milton Bivins, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.

## 29138. COLEMAN v. RICKETTS.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur.*

DECIDED SEPTEMBER 17, 1974.

James Donnell Coleman, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.

## 29153. KEMP v. HOPPER.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur.*

DECIDED SEPTEMBER 17, 1974.

Plennie Kemp, Jr., *pro se.*